**Fill in this information to identify the case:**

Debtor name    **VMV, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   **3:23-bk-03598**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 26, 2023**    X **/s/ Mitul Patel**
                                             Signature of individual signing on behalf of debtor

                                             **Mitul Patel**
                                             Printed name

                                             **Manager**
                                             Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **VMV, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | **3:23-bk-03598** |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AT&T P. O. Box 5019 Carol Stream, IL 60197 | | | | | | $1,659.10 |
| Carbon's Golden Malted PO Box 129 Concordville, PA 19331 | | | | | | $241.48 |
| Comcast Business PO Box 34744 Seattle, WA 98124 | | | | | | $958.92 |
| Edward Don & Company 2562 Paysphere Circle Chicago, IL 60674 | | | | | | $760.07 |
| First Choice 8528 Highway 146 Baytown, TX 77523 | | | | | | $1,082.50 |
| Guest Supply PO Box 6771 Somerset, NJ 08875 | | | | | | $1,454.31 |
| HD Supply PO Box 509058 San Diego, CA 92150 | | | | | | $1,005.19 |
| Hilton 4649 Paysphere Circle Chicago, IL 60674 | | | | | | $3,927.69 |
| Houston Fire & Security 15112 Lee Road, Suite 401 Humble, TX 77396 | | | | | | $500.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mr. Plumber Quality Solutions PO Box 415 Baytown, TX 77522 | | | | | | $338.28 |
| Orkin PO Box 310 Cookeville, TN 38503 | | | | | | $530.46 |
| Quore PO Box 6843 Carol Stream, IL 60197 | | | | | | $426.40 |
| Republic Services PO Box 78829 Phoenix, AZ 85062 | | | | | | $279.82 |
| RETC, LP 5151 Belt Line Road, Suite 725 Dallas, TX 75254 | | | | | | $3,310.79 |
| Stericycle 2355 Waukegan Road Bannockburn, IL 60015 | | | | | | $705.88 |
| Sysco 300 Davidson Avenue Somerset, NJ 08873 | | | | | | $1,954.10 |
| TaxCORE Lending PO Bos 46172 Houston, TX 77210 | | | | | | $229,790.94 |
| Texas Lawn & Sprinkler Co. 6328 Alder Houston, TX 77081 | | | | | | $2,844.06 |
| Uniguest 2926 Kraft Drive Nashville, TN 37230 | | | | | | $495.39 |
| Vistar PO Box 951080 Dallas, TX 75395 | | | | | | $807.65 |

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $     **4,804,184.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................... $     **143,811.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................... $     **4,947,995.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **3,638,860.86**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $     **229,790.94**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **24,031.74**

4.  Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b      $     **3,892,683.54**

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **UCBI** | **Checking** | **3514** | **$12,000.00** |
| 3.2. | **Interest in balance held by Platinum Management Services (PMS) in consolidated cash account at UCBI as a of petition date; amount TBD** | **Checking** | | **Unknown** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$12,000.00** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          22,667.00      -              0.00    = ....          $22,667.00

face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    $22,667.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **See attached exhibit.** | $0.00 | | $109,144.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                    $109,144.00

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **7211 Garth Road, Baytown, TX 77521 Tax Value: $4,804,184 Going concern valuation of hotel operation unknown, though believed to be in excess of real estate value alone if existing flag continuity retained** | | **$0.00** | **Tax records** | **$4,804,184.00** |

**56.    Total of Part 9.**                                                        **$4,804,184.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership
     **Potential claim for recovery or receipt of federal SBA
     funds approved, but never received**                                    **Unknown**

78.  **Total of Part 11.**                                    | **$0.00** |
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**EXHIBIT: Schedule A/B**
**39. Office Furniture**

| Department | Item | Quantity | Liquidation Value | Subtotal |
|---|---|---|---|---|
| Laundry Room Inventory | | | | |
| | Wash Cloths | 423 | $30.00 | $12,690.00 |
| | Hand Towels | 362 | $20.00 | $7,240.00 |
| | Bath Towels | 137 | $20.00 | |
| | Bath Mats | 225 | $15.00 | $3,375.00 |
| | **Subtotal:** | | | **$23,305.00** |
| | | | | |
| **Linen** | Queen Sheets White Fitted | 70 | $50.00 | $3,500.00 |
| | King Sheets White Fitted | 76 | $65.00 | $4,940.00 |
| | Queen Sheets White Flat | 70 | $75.00 | $5,250.00 |
| | King Sheets White Flat | 54 | $20.00 | $1,080.00 |
| | Full Sheets Flat (Sofa Bed) | 0 | $15.00 | $0.00 |
| | Duvet King | 15 | $50.00 | $750.00 |
| | Duvet Queen | 16 | $45.00 | $720.00 |
| | Blue Throw King | 0 | $60.00 | $0.00 |
| | Blue Throw Queen | 0 | $100.00 | $0.00 |
| | Crib Sheets | 0 | $4.00 | $0.00 |
| | Crib Blankets | 0 | $6.00 | $0.00 |
| | Blue Table Cloths | 0 | $8.00 | $0.00 |
| | Bed Skirts Queen | 4 | $54.00 | $216.00 |
| | Bed Skirt King | 4 | $64.00 | $256.00 |
| | Soft Pillow Cases | 3 | $100.00 | $300.00 |
| | Firm Pillow Cases | 4 | $100.00 | $400.00 |
| | King Mattress Pad | 5 | $87.00 | $435.00 |
| | Queen Mattress Pad | 8 | $135.00 | $1,080.00 |
| | **Subtotal:** | | | **$65,537.00** |
| | | | | |
| **Other** | Pillows Soft | 3 | $304.00 | $912.00 |
| | Pillows Firm | 4 | $328.00 | $1,312.00 |
| | Drape | 0 | $150.00 | $0.00 |
| | Blackout Drapes | 0 | $50.00 | $0.00 |
| | Curtains Sheers | 0 | $50.00 | $0.00 |
| | Shower Curtains Liner | 20 | $80.00 | $1,600.00 |
| | Pant Hangers | 24 | $5.00 | $120.00 |
| | Shirt Hangers | 24 | $5.00 | $120.00 |
| | Small Iron Board Cover | 23 | $10.00 | $230.00 |
| | Big Iron Board Cover | 7 | $4.00 | $28.00 |
| | Plastic Large Trash Cans | 4 | $3.00 | $12.00 |
| | Mop Bucket | 1 | $1.00 | $1.00 |
| | Vacuums | 3 | $35.00 | $105.00 |
| | Maid Carts | 4 | $50.00 | $200.00 |
| | Large Trash Can - Vending | 5 | $3.00 | $15.00 |
| | Laundry Carts (yellow) | 1 | $8.00 | $8.00 |
| | Hair Dryers | 3 | $5.00 | $15.00 |
| | Landry Scale | 0 | $5.00 | $0.00 |
| | Desk Chair | 5 | $5.00 | $25.00 |
| | Dollys | 1 | $5.00 | $5.00 |

| | | | |
|---|---|---|---|
| Commercial Washer SKC60MN20U6O001 | 2 | $10.00 | $20.00 |
| Commercial Dryer ST075NMTB1G1W02 | 2 | $10.00 | $20.00 |
| Clocks | 0 | $5.00 | $0.00 |
| Pictures | 0 | $10.00 | $0.00 |
| **Subtotal:** | | | **$4,748.00** |

**Lobby Area**

| | | | |
|---|---|---|---|
| Samsung Flat Screen TV 60" - Breakfast | 1 | $100.00 | $100.00 |
| Sofa - Breakfast | 1 | $5.00 | $5.00 |
| Lobby Chairs | 4 | $20.00 | $80.00 |
| Lobby Lamps | 0 | $2.00 | $0.00 |
| Lobby Coffee Table | 1 | $5.00 | $5.00 |
| Lobby Side Table | 0 | $15.00 | $0.00 |
| Lobby Mirror | 0 | $15.00 | $0.00 |
| Lobby Luggage Carts | 2 | $6.00 | $12.00 |
| Metal Trash Cans | 1 | $2.00 | $2.00 |
| Breakfast Trash Cans | 1 | $2.00 | $2.00 |
| Breakfast Tables | 12 | $15.00 | $180.00 |
| Breakfast Table Chairs | 29 | $50.00 | $1,450.00 |
| Pot Planter | 0 | $10.00 | $0.00 |
| Curio Cabinet | 0 | $15.00 | $0.00 |
| Wooden Table Lobby | 0 | $5.00 | $0.00 |
| **Subtotal:** | | | **$1,836.00** |

**Storage/Maintenance Area**

| | | | |
|---|---|---|---|
| Misc Christmas Trees and Holiday Decorations | 1 | $5.00 | $5.00 |
| 6ft Ladder | 1 | $3.00 | $3.00 |
| 24$^{ft}$ Ladder | 1 | $12.00 | $12.00 |
| 5 ft Ladder | 0 | $3.00 | $0.00 |
| TV Sharp Broken | 6 | $0.00 | $0.00 |
| A/C Part Only | 0 | $5.00 | $0.00 |
| Shop Vac | 1 | $5.00 | $5.00 |
| Carpet Cleaner | 1 | $30.00 | $30.00 |
| Beige Trash Can No Logo | 0 | $25.00 | $0.00 |
| Beige Trash Can Logo | 0 | $5.00 | $0.00 |
| Ice Bucket w/ Lid | 0 | $1.00 | $0.00 |
| Ice Trays | 0 | $10.00 | $0.00 |
| Magnifying Mirror | 0 | $9.00 | $0.00 |
| Spare Clock Radio | 0 | $5.00 | $0.00 |
| Spare Floor Lamps w/Shade | 0 | $5.00 | $0.00 |
| Microwave | 0 | $40.00 | $0.00 |
| Coffee Makers | 0 | $30.00 | $0.00 |
| Lamp Shade Small | 0 | $16.00 | $0.00 |
| Lamp Shade Floor Lamp | 0 | $34.00 | $0.00 |
| Lamp Shade Table | 0 | $16.00 | $0.00 |
| Spare Luggage Cart | 0 | $15.00 | $0.00 |
| Maintenance Cart | 1 | $10.00 | $10.00 |
| Small Iron Board | 0 | $4.00 | $0.00 |
| Bibles | 50 | $1.00 | $50.00 |
| Iron Board | 0 | $5.00 | $0.00 |
| Luggage Rack | 2 | $8.00 | $16.00 |
| Queen Mattress Box Only | 0 | $30.00 | $0.00 |
| King Mattress Box | 0 | $20.00 | $0.00 |

|  | | | | |
|---|---|--:|--:|--:|
| | King Mattress | 0 | $5.00 | $0.00 |
| | Chairs Broken | 0 | $0.00 | $0.00 |
| | Rolls of Toilet Paper/Cases | 3 | $5.00 | $15.00 |
| | **Subtotal:** | | | **$146.00** |

**Business Center**

|  | | | | |
|---|---|--:|--:|--:|
| | Computer/Monitor/Keyboard/Mouse | 2 | $25.00 | $50.00 |
| | Desk Chairs | 2 | $10.00 | $20.00 |
| | Printer | 1 | $5.00 | $5.00 |
| | Picture | 1 | $5.00 | $5.00 |
| | Trash Can | 0 | $1.00 | $0.00 |
| | Phone | 0 | $1.00 | $0.00 |
| | Plastic Box (Fan) | 0 | $1.00 | $0.00 |
| | **Subtotal:** | | | **$80.00** |

**Pool Area**

|  | | | | |
|---|---|--:|--:|--:|
| | Patio Table with Umbrella | 0 | $10.00 | $0.00 |
| | Smoking Urns | 0 | $5.00 | $0.00 |
| | Shepherd Hook | 0 | $5.00 | $0.00 |
| | Life Ring on Rope | 1 | $5.00 | $5.00 |
| | Lounge Tables | 6 | $5.00 | $30.00 |
| | Patio Chairs | 3 | $25.00 | $75.00 |
| | Planters | 5 | $9.00 | $45.00 |
| | Bike Racks | 0 | $5.00 | $0.00 |
| | **Subtotal:** | | | **$155.00** |

**Back Office/ Administrative**

| | | | | |
|---|---|--:|--:|--:|
| **Back Office/ Administrative** | Copier/Fax | 1 | $10.00 | $10.00 |
| | Computer/Monitor/Keyboard/Mouse | 4 | $40.00 | $160.00 |
| | Desk Phone | 3 | $5.00 | $15.00 |
| | Desk Chairs | 2 | $5.00 | $10.00 |
| | **Subtotal:** | | | **$195.00** |

**Breakfast Area**

|  | | | | |
|---|---|--:|--:|--:|
| | Oven | 1 | $10.00 | $10.00 |
| | Toaster | 0 | $5.00 | $0.00 |
| | 3-Tier Bread Holder | 0 | $10.00 | $0.00 |
| | Pitchers Plastic | 5 | $4.00 | $20.00 |
| | High Chairs | 3 | $5.00 | $15.00 |
| | Fridge | 1 | $40.00 | $40.00 |
| | Microwave | 2 | $10.00 | $20.00 |
| | Freezer | 1 | $20.00 | $20.00 |
| | Cereal Dispenser | 0 | $10.00 | $0.00 |
| | **Subtotal:** | | | **$125.00** |

**Common Area**

|  | | | | |
|---|---|--:|--:|--:|
| | Scotsman Ice Machine 1/First 2/Second 2/Third | 3 | $30.00 | $90.00 |
| | Pepsi Machine – Not Owned | 0 | $0.00 | $0.00 |
| | Snake Machine – Not Owned | 0 | $0.00 | $0.00 |
| | Trash Bin | 1 | $1.00 | $1.00 |
| | **Subtotal:** | | | **$91.00** |

**Fitness Room**

| | | | | |
|---|---|--:|--:|--:|
| **Fitness Room** | Wall Mounted TV | 4 | $10.00 | $40.00 |

| | | | |
|---|---|---|---|
| Cycle | 2 | $20.00 | $40.00 |
| Phone | 1 | $1.00 | $1.00 |
| Treadmill | 1 | $30.00 | $30.00 |
| Trash Can | 1 | $1.00 | $1.00 |
| 5-Gal Water Cooler Dispenser/ Wall | 1 | $5.00 | $5.00 |
| Towel Holder | 1 | $1.00 | $1.00 |
| Dirty Towel Chrome Basket | 1 | $1.00 | $1.00 |
| Wall Pictures | 0 | $10.00 | $0.00 |
| **Subtotal:** | | | **$119.00** |

**Storage Room**

| | | | |
|---|---|---|---|
| Patio Chair Pillows | 0 | $10.00 | $0.00 |
| 9in Chafing Dish | 0 | $5.00 | $0.00 |
| Chafing Fuel | 0 | $2.00 | $0.00 |
| Shower Rod | 5 | $10.00 | $50.00 |
| Heavy Duty Filter 24x24x2 | 1 | $5.00 | $5.00 |
| Toilet Bowl | 0 | $1.00 | $0.00 |
| Toilet Tank | 0 | $2.00 | $0.00 |
| Mini Rooter | 0 | $5.00 | $0.00 |
| Carpet Fan | 2 | $3.00 | $6.00 |
| Table Lamp | 0 | $8.00 | $0.00 |
| Light Fixture 1 floor | 0 | $1.00 | $0.00 |
| Light fixture # 2015 Queen Room | 0 | $6.00 | $0.00 |
| Light Cover #050690 | 0 | $3.00 | $0.00 |
| Exit Sign | 1 | $1.00 | $1.00 |
| Iron Organizer | 0 | $2.00 | $0.00 |
| Light Cover | 0 | $4.00 | $0.00 |
| Portable Air Compressor | 0 | $5.00 | $0.00 |
| Freon | 0 | $5.00 | $0.00 |
| A/C Gauge | 0 | $5.00 | $0.00 |
| Toilet Seat | 10 | $3.00 | $30.00 |
| Seat | 2 | $1.00 | $2.00 |
| Exhaust Fan | 0 | $7.00 | $0.00 |
| Heavy Duty Extension | 2 | $2.00 | $4.00 |
| Metal Round Fan | 0 | $3.00 | $0.00 |
| **Subtotal:** | | | **$98.00** |

**Front Desk**

| | | | |
|---|---|---|---|
| Printer | 2 | $10.00 | $20.00 |
| Computer/Monitor/Keyboard/Mouse | 2 | $30.00 | $60.00 |
| Desk Phone | 2 | $10.00 | $20.00 |
| **Subtotal:** | | | **$100.00** |

**Meeting Room**

| | | | |
|---|---|---|---|
| Six Foot Folding Tables | N/A | $27.00 | N/A |
| Chairs | N/A | $36.00 | N/A |
| Pictures | N/A | $10.00 | N/A |
| Phone | N/A | $1.00 | N/A |
| Blinds | N/A | $1.00 | N/A |
| Drapes 1 Rod | N/A | $1.00 | N/A |
| Presentation Screen | N/A | $10.00 | N/A |
| Trash Can | N/A | $1.00 | N/A |

| | | | |
|---|---|---|---|
| Projection Screen | N/A | $10.00 | N/A |
| 3x3 Folding Table | N/A | $3.00 | N/A |
| Wall Mounted Screen | N/A | $10.00 | N/A |
| 2 Plastic Serving Trays | N/A | $5.00 | N/A |
| 1 Metal Tong | N/A | $1.00 | N/A |
| **Subtotal:** | | | **$0.00** |

**KDRUA X 1**

| | | | |
|---|---|---|---|
| Queen Sheet White Fitted | 2 | $2.00 | $4.00 |
| Queen Bed Mattress | 2 | $20.00 | $40.00 |
| Queen Box Springs | 2 | $20.00 | $40.00 |
| Sofa Bed (Queen) | 0 | $15.00 | $0.00 |
| Night Stand | 2 | $5.00 | $10.00 |
| Desk | 1 | $7.00 | $7.00 |
| Desk Chair on Rollers | 1 | $3.00 | $3.00 |
| Room Table | 0 | $5.00 | $0.00 |
| Chairs | 1 | $6.00 | $6.00 |
| End Table | 1 | $5.00 | $5.00 |
| Coffee Table | 0 | $5.00 | $0.00 |
| Wall Mirrors | 0 | $5.00 | $0.00 |
| Clock Radio | 1 | $1.00 | $1.00 |
| Luggage Rack | 1 | $2.00 | $2.00 |
| Ice Bucket/ Tray | 1 | $1.00 | $1.00 |
| Dresser – 3 drawers | 1 | $10.00 | $10.00 |
| SAMSUNG 30" TV | 1 | $10.00 | $10.00 |
| Iron | 1 | $2.00 | $2.00 |
| Iron Board | 1 | $2.00 | $2.00 |
| Amenity Tray | 1 | $1.00 | $1.00 |
| Coffee Marker + Tray | 1 | $5.00 | $5.00 |
| Small Mounted Bath Mirror | 0 | $3.00 | $0.00 |
| Bath Wall Mirror – Large | 0 | $5.00 | $0.00 |
| Telephone | 1 | $2.00 | $2.00 |
| Fridge Cabinet | 1 | $20.00 | $20.00 |
| Wet Bar Sink | 0 | $7.00 | $0.00 |
| Plastic Trash Can | 2 | $2.00 | $4.00 |
| Flush Wall Lights | 1 | $9.00 | $9.00 |
| Desk Lamp | 1 | $3.00 | $3.00 |
| Side Lamp | 1 | $3.00 | $3.00 |
| Double Lamp | 0 | $6.00 | $0.00 |
| Single Lamp | 0 | $3.00 | $0.00 |
| Ceiling Light | 0 | $3.00 | $0.00 |
| Wall Pictures | 1 | $15.00 | $15.00 |
| Black Out Drapes | 1 | $2.00 | $2.00 |
| Shear Drapes | 0 | $2.00 | $0.00 |
| Queen Bedskirt | 2 | $4.00 | $8.00 |
| Duvet Queen | 2 | $6.00 | $12.00 |
| Blue Throw | 0 | $6.00 | $0.00 |
| Shower Linear | 1 | $1.00 | $1.00 |
| Shower Curtain | 1 | $1.00 | $1.00 |
| Shower Rod - Curved | 1 | $2.00 | $2.00 |
| Pillows | 8 | $8.00 | $64.00 |
| Hair Dryer | 1 | $2.00 | $2.00 |

| | | | | |
|---|---|---|---|---|
| **Subtotal:** | | | **$247.00** | **$297.00** |

**KTXY X 13**

| | | | |
|---|---|---|---|
| King Mattress | 13 | $20.00 | $260.00 |
| King Box Spring | 13 | $20.00 | $260.00 |
| Fridge Cabinet | 13 | $20.00 | $260.00 |
| Floor Lamp | 13 | $3.00 | $39.00 |
| End Table | 0 | $5.00 | $0.00 |
| Side Chair | 0 | $5.00 | $0.00 |
| Wall Mirror | 0 | $5.00 | $0.00 |
| Duvet King | 13 | $3.00 | $39.00 |
| King Bedskirt | 13 | $2.00 | $26.00 |
| King Sheet White Fitted | 13 | $1.00 | $13.00 |
| Blue Throw | 0 | $3.00 | $0.00 |
| Shower Linear | 13 | $1.00 | $13.00 |
| Shower Curtain | 13 | $1.00 | $13.00 |
| Shower Rod - Curved | 13 | $2.00 | $26.00 |
| Clock Radio | 13 | $1.00 | $13.00 |
| Luggage Rack | 13 | $2.00 | $26.00 |
| Ice Bucket/ Tray | 13 | $1.00 | $13.00 |
| Dresser – 3 drawers | 13 | $10.00 | $130.00 |
| SAMSUNG 30" TV | 13 | $10.00 | $130.00 |
| Night Stand | 26 | $10.00 | $260.00 |
| Desk | 13 | $7.00 | $91.00 |
| Desk Chair on Rollers | 13 | $3.00 | $39.00 |
| Room Table | 0 | $5.00 | $0.00 |
| Sofa Bed (Queen) | 13 | $15.00 | $195.00 |
| Wall Pictures | 13 | $10.00 | $130.00 |
| Black Out Drapes | 13 | $2.00 | $26.00 |
| Shear Drapes | 0 | $2.00 | $0.00 |
| Desk Lamp | 13 | $3.00 | $39.00 |
| Side Lamp | 52 | $3.00 | $156.00 |
| Pant Hangers | 39 | $6.00 | $234.00 |
| Shirt Hangers | 39 | $4.00 | $156.00 |
| Single Wall-Mounted Light | 13 | $6.00 | $78.00 |
| Coffee Marker + Tray | 13 | $5.00 | $65.00 |
| Plastic Trash Can | 26 | $2.00 | $52.00 |
| Hair Dryer | 13 | $2.00 | $26.00 |
| **Subtotal:** | | **$200.00** | **$2,808.00** |

**KTXD X 24**

| | | | |
|---|---|---|---|
| King Mattress | 24 | $20.00 | $480.00 |
| King Box Spring | 24 | $20.00 | $480.00 |
| Night Stand | 48 | $10.00 | $480.00 |
| Wall Lamp | 48 | $9.00 | $432.00 |
| Wall Pictures | 24 | $10.00 | $240.00 |
| Mirror | 0 | $5.00 | $0.00 |
| Floor Lamp | 24 | $3.00 | $72.00 |
| Chair | 24 | $5.00 | $120.00 |
| Table | 24 | $5.00 | $120.00 |
| Side Chair | 24 | $6.00 | $144.00 |
| Telephone | 24 | $2.00 | $48.00 |

| Item | Qty | Unit | Total |
|---|---|---|---|
| Trash Cans | 48 | $2.00 | $96.00 |
| Dresser – 3 Drawers | 24 | $10.00 | $240.00 |
| SAMSUNG 30" TV | 24 | $10.00 | $240.00 |
| Ice Bucket/ Tray | 24 | $1.00 | $24.00 |
| Hair Dryer | 24 | $2.00 | $48.00 |
| Door Mirror | 24 | $5.00 | $120.00 |
| Bath Vanity Mirror | 24 | $5.00 | $120.00 |
| Wall Light Flush | 24 | $9.00 | $216.00 |
| Wall Mounted Mirror | 0 | $5.00 | $0.00 |
| Tub Light | 24 | $1.00 | $24.00 |
| Coffee Maker | 24 | $5.00 | $120.00 |
| Sheer Drapes | 0 | $2.00 | $0.00 |
| Blackout Drapes | 24 | $2.00 | $48.00 |
| Clock/Radio | 24 | $1.00 | $24.00 |
| Luggage Rack | 24 | $2.00 | $48.00 |
| Pant Hangers | 48 | $2.00 | $96.00 |
| Shirt Hangers | 48 | $3.00 | $144.00 |
| **Subtotal:** | | **$162.00** | **$4,224.00** |

**SXBL  X 28**

| Item | Qty | Unit | Total |
|---|---|---|---|
| Queen Mattress | 56 | $20.00 | $1,120.00 |
| Queen  Box Spring | 56 | $20.00 | $1,120.00 |
| Night Stand | 56 | $5.00 | $280.00 |
| Wall Lamp | 0 | $9.00 | $0.00 |
| Wall Pictures | 28 | $10.00 | $280.00 |
| Mirror | 0 | $5.00 | $0.00 |
| Floor Lamp | 28 | $3.00 | $84.00 |
| Table | 0 | $5.00 | $0.00 |
| Side Chair | 28 | $6.00 | $168.00 |
| Telephone | 28 | $2.00 | $56.00 |
| Trash Cans | 56 | $2.00 | $112.00 |
| Dresser – 3 Drawers | 28 | $10.00 | $280.00 |
| SAMSUNG 30" TV | 28 | $10.00 | $280.00 |
| Ice Bucket/ Tray | 28 | $1.00 | $28.00 |
| Hair Dryer | 28 | $2.00 | $56.00 |
| Door Mirror | 28 | $5.00 | $140.00 |
| Bath Vanity Mirror | 28 | $5.00 | $140.00 |
| Wall Light Flush | 0 | $9.00 | $0.00 |
| Wall Mounted Mirror | 28 | $5.00 | $140.00 |
| Tub Light | 28 | $1.00 | $28.00 |
| Coffee Maker | 28 | $5.00 | $140.00 |
| Sheer Drapes | 0 | $2.00 | $0.00 |
| Blackout Drapes | 28 | $2.00 | $56.00 |
| Clock/Radio | 28 | $1.00 | $28.00 |
| Luggage Rack | 28 | $2.00 | $56.00 |
| Pant Hangers | 84 | $3.00 | $252.00 |
| Shirt Hangers | 84 | $3.00 | $252.00 |
| Wall Mounted  2-Lamp  w/ Shade | 0 | $6.00 | $0.00 |
| Wall Mounted w/Shade | 0 | $3.00 | $0.00 |
| Iron Board | 28 | $2.00 | $56.00 |
| Iron | 28 | $2.00 | $56.00 |
| Condiment Tray | 0 | $1.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Subtotal:** | | **$167.00** | **$5,208.00** |

**KKXUB X 1**

| | | | |
|---|---|---|---|
| King Sheet White Fitted | 1 | $1.00 | $1.00 |
| King Bed Mattress | 1 | $10.00 | $10.00 |
| King Box Springs | 1 | $10.00 | $10.00 |
| Sofa Bed (Queen) | 1 | $15.00 | $15.00 |
| Night Stand | 1 | $5.00 | $5.00 |
| Desk | 1 | $7.00 | $7.00 |
| Desk Chair on Rollers | 1 | $3.00 | $3.00 |
| Room Table | 0 | $5.00 | $0.00 |
| Chairs | 1 | $6.00 | $6.00 |
| End Table | 0 | $5.00 | $0.00 |
| Coffee Table | 0 | $5.00 | $0.00 |
| Wall Mirrors | 0 | $5.00 | $0.00 |
| Clock Radio | 1 | $1.00 | $1.00 |
| Luggage Rack | 1 | $2.00 | $2.00 |
| Ice Bucket/ Tray | 1 | $1.00 | $1.00 |
| Dresser – 4 drawers | 1 | $10.00 | $10.00 |
| SAMSUNG 30" TV | 1 | $10.00 | $10.00 |
| Iron | 1 | $2.00 | $2.00 |
| Iron Board | 1 | $2.00 | $2.00 |
| Amenity Tray | 1 | $1.00 | $1.00 |
| Coffee Marker + Tray | 1 | $5.00 | $5.00 |
| Small Mounted Bath Mirror | 0 | $3.00 | $0.00 |
| Bath Wall Mirror – Large | 1 | $5.00 | $5.00 |
| Telephone | 1 | $2.00 | $2.00 |
| Fridge Cabinet | 1 | $20.00 | $20.00 |
| Wet Bar Sink | 0 | $7.00 | $0.00 |
| Plastic Trash Can | 2 | $2.00 | $4.00 |
| Flush Wall Lights | 1 | $9.00 | $9.00 |
| Desk Lamp | 1 | $3.00 | $3.00 |
| Side Lamp | 1 | $3.00 | $3.00 |
| Double Lamp | 0 | $6.00 | $0.00 |
| Single Lamp | 2 | $3.00 | $6.00 |
| Ceiling Light | 0 | $3.00 | $0.00 |
| Wall Pictures | 1 | $15.00 | $15.00 |
| Black Out Drapes | 1 | $2.00 | $2.00 |
| Shear Drapes | 0 | $2.00 | $0.00 |
| Queen Bedskirt | 1 | $2.00 | $2.00 |
| Duvet Queen | 1 | $2.00 | $2.00 |
| Blue Throw | 0 | $2.00 | $0.00 |
| Shower Linear | 1 | $1.00 | $1.00 |
| Shower Curtain | 1 | $1.00 | $1.00 |
| Shower Rod - Curved | 1 | $2.00 | $2.00 |
| Hair Dryer | 1 | $2.00 | $2.00 |
| **Subtotal:** | | **$208.00** | **$170.00** |

**Grand Total:** $109,144.00

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $22,667.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $109,144.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................> | | $4,804,184.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $143,811.00 | + 91b. $4,804,184.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,947,995.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **SummitBridge National Investments VIII**<br>Creditor's Name<br>**1700 Lincoln Street, Suite 2150**<br>**Denver, CO 80203**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**7211 Garth Road, Baytown, TX 77521 and other non-real estate collateral**<br><br>**Describe the lien** | **$3,638,860.86** | **$4,804,184.00** |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| 3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,638,860.86** | |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Burr & Forman LLP**<br>**222 2nd Avenue South, Suite 2000**<br>**Nashville, TN 37201** | Line   **2.1** | |
| **Burr & Forman LLP**<br>**420 20th Street North, Suite 3400**<br>**Birmingham, AL 35203** | Line   **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **VMV, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:23-bk-03598**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☐■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229,790.94** | **$229,790.94** |

**2.1** Priority creditor's name and mailing address

**TaxCORE Lending**
**PO Bos 46172**
**Houston, TX 77210**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|
| | |

**3.1** Nonpriority creditor's name and mailing address

**Amazon Capital Services**
**PO Box 035184**
**Seattle, WA 98124**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ☐■ No ☐ Yes

**$171.99**

**3.2** Nonpriority creditor's name and mailing address

**AT&T**
**P. O. Box 5019**
**Carol Stream, IL 60197**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ☐■ No ☐ Yes

**$1,659.10**

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.06 |
|---|---|---|---|

**AUSSM - Courtyard by Marriott San Marcos**
**625 Commercial Loop, Building 1**
**San Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Banyan Tree Management, LLC**
**4100 Legendary Drive, Suite 280**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pre-petition amount of $14,142.71 was owed; however this company (dba Aperture) has agreed to waive collection from the debtor as a condition of employment as hotel manager. See Verified Statement of C. Oswald.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.48 |
|---|---|---|---|

**Carbon's Golden Malted**
**PO Box 129**
**Concordville, PA 19331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $958.92 |
|---|---|---|---|

**Comcast Business**
**PO Box 34744**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.07 |
|---|---|---|---|

**Edward Don & Company**
**2562 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.63 |
|---|---|---|---|

**FedEx**
**PO Box 660481**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,082.50 |
|---|---|---|---|

**First Choice**
**8528 Highway 146**
**Baytown, TX 77523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.85 |
|---|---|---|---|

**Gateway Services**
**79 Inverness Drive East**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,454.31 |
|---|---|---|---|

**Guest Supply**
**PO Box 6771**
**Somerset, NJ 08875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.19 |
|---|---|---|---|

**HD Supply**
**PO Box 509058**
**San Diego, CA 92150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,927.69 |
|---|---|---|---|

**Hilton**
**4649 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.80 |
|---|---|---|---|

**HotelGuides.com Inc**
**PO Box 13318**
**Charleston, SC 29422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.47 |
|---|---|---|---|

**HotelSigns.com**
**PO Box 5996**
**Chattanooga, TN 37406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Houston Fire & Security**
**15112 Lee Road, Suite 401**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$338.28** |
|---|---|---|---|

**Mr. Plumber Quality Solutions**
PO Box 415
Baytown, TX 77522

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$530.46** |
|---|---|---|---|

**Orkin**
PO Box 310
Cookeville, TN 38503

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117.25** |
|---|---|---|---|

**Petty Cash Vendor**
7211 Garth Road
Baytown, TX 77521

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Platinum Management Services**
111 Broadway, Suite 300
Nashville, TN 37201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$426.40** |
|---|---|---|---|

**Quore**
PO Box 6843
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$279.82** |
|---|---|---|---|

**Republic Services**
PO Box 78829
Phoenix, AZ 85062

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,310.79** |
|---|---|---|---|

**RETC, LP**
5151 Belt Line Road, Suite 725
Dallas, TX 75254

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.60 |
|---|---|---|---|
| | **Royal Cup Coffee** | ☐ Contingent | |
| | **PO Box 841000** | ☐ Unliquidated | |
| | **Dallas, TX 75284** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.88 |
|---|---|---|---|
| | **Stericycle** | ☐ Contingent | |
| | **2355 Waukegan Road** | ☐ Unliquidated | |
| | **Bannockburn, IL 60015** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,954.10 |
|---|---|---|---|
| | **Sysco** | ☐ Contingent | |
| | **300 Davidson Avenue** | ☐ Unliquidated | |
| | **Somerset, NJ 08873** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,844.06 |
|---|---|---|---|
| | **Texas Lawn & Sprinkler Co.** | ☐ Contingent | |
| | **6328 Alder** | ☐ Unliquidated | |
| | **Houston, TX 77081** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.39 |
|---|---|---|---|
| | **Uniguest** | ☐ Contingent | |
| | **2926 Kraft Drive** | ☐ Unliquidated | |
| | **Nashville, TN 37230** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.65 |
|---|---|---|---|
| | **Vistar** | ☐ Contingent | |
| | **PO Box 951080** | ☐ Unliquidated | |
| | **Dallas, TX 75395** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **GCCISD Tax Services**<br>**PO Box 2805**<br>**Baytown, TX 77522** | Line  **2.1**<br><br>☐ Not listed. Explain ____ | __ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **K&L Gates LLP**<br>**One Newark Center, 10th Floor**<br>**Newark, NJ 07102** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **K&L Gates LLP**<br>**501 Commerce Street, Suite 1500**<br>**Nashville, TN 37203** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 229,790.94 |
| **5b. Total claims from Part 2** | 5b.  + $ | 24,031.74 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 253,822.68 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Banyan Tree Management, LLC**<br>**4100 Legendary Drive, Suite 280**<br>**Destin, FL 32541** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest     **Franchise agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hilton Worldwide, Inc.**<br>**7930 Jones Branch Drive, Suite 1100**<br>**Mc Lean, VA 22102** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Kone, Inc.**<br>**4225 Naperville Road, Suite 400**<br>**Lisle, IL 60532** |

Debtor name **VMV, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **3:23-bk-03598**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cookeville Platinum, LLC** | **111 Broadway, Suite 300 Nashville, TN 37201** | **SummitBridge National Investments VIII** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Destin Platinum, LLC** | **111 Broadway, Suite 300 Nashville, TN 37201** | **SummitBridge National Investments VIII** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Dimpal Patel** | **1140 Safety Harbor Cove Old Hickory, TN 37138** | **SummitBridge National Investments VIII** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Lebanon Platinum, LLC** | **111 Broadway, Suite 300 Nashville, TN 37201** | **SummitBridge National Investments VIII** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Mitul Patel** | **1140 Safety Harbor Cove Old Hickory, TN 37138** | **SummitBridge National Investments VIII** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Case 3:23-bk-03598    Doc 60    Filed 10/26/23    Entered 10/26/23 21:35:41    Desc Main
Document    Page 27 of 42

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor** | | Column 2: **Creditor**

| 2.6 | **Murfreesboro Platinum, LLC** | 111 Broadway, Suite 300 Nashville, TN 37201 | **SummitBridge National Investments VIII** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Platinum Gateway II, LLC** | 111 Broadway, Suite 300 Nashville, TN 37201 | **SummitBridge National Investments VIII** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Vasant Patel** | 1140 Safety Harbor Cove Old Hickory, TN 37138 | **SummitBridge National Investments VIII** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Vijay Patel** | 5819 Waterwalk Court Richmond, TX 77469 | **SummitBridge National Investments VIII** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **VMV, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:23-bk-03598**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,176,316.30** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,550,463.53** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,288,193.39** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Case 3:23-bk-03598    Doc 60    Filed 10/26/23    Entered 10/26/23 21:35:41    Desc Main
Document    Page 29 of 42

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Hilton**<br>**4649 Paysphere Circle**<br>**Chicago, IL 60674** | 09/2023 | $35,499.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Platinum Management Services**<br>**111 Broadway, Suite 300**<br>**Nashville, TN 37201** | Various funds to and from a Zero Balance Account (ZBA) were made in the ordinary course of Debtor's business; net amount TBD. | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **The ZBA account with PMS has been used as a cash consolidation for approximately 20 hotels, including the present group of 6 debtor hotels. See Company Profile and Cash Management Motion filed in the jointly administered cases. Work is still being performed on the precise allocations among the debtor and non-debtor entities.** |
| 3.3.  **SummitBridge National Investments VIII**<br>**1700 Lincoln Street, Suite 2150**<br>**Denver, CO 80203** | Various payments were made to Truist and/or SummitBridge National Investments VIII over the 1 year preceding the filing date | $190,780.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **SummitBridge is the assignee of the debt previously owed to Truist. The following individuals are alleged by SummitBridge to be guarantors thereon:**<br><br>**Mitul Patel; Vasant Hari; and Vijay Patel** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **SummitBridge National Investments, LLC v. Cookeville Platinum, LLC, et al.**<br>**23-1067-BC** | **Civil** | **Davidson County Chancery Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Various forms of PII may be collected from hotel patrons when booking and staying at the hotel.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Patrick Shah**<br>**1945 South Pointway, Suite B**<br>**Murfreesboro, TN 37130** | **2022 - present** |
| 26a.2.  **Doyct**<br>**5255 Stevens Creek Boulevard, Suite 220**<br>**Santa Clara, CA 95051** | **2022 - present** |
| 26a.3.  **LBMC, PC**<br>**201 Franklin Road**<br>**Brentwood, TN 37027** | **2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **6**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Truist**<br>**214 North Tryon Street, Suite 3**<br>**Charlotte, NC 28202** |
| 26d.2.  **Wilson Bank & Trust**<br>**623 West Main Street**<br>**Lebanon, TN 37087** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Manager** | **10/6/2023** | |

| Name and address of the person who has possession of inventory records |
|---|
| **VMV, LLC**<br>**7211 Garth Road**<br>**Baytown, TX 77521** |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mitul Patel** | **1140 Safety Harbor Cove**<br>**Old Hickory, TN 37138** | **Manager** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vijay Patel** | **5819 Waterwalk Court**<br>**Richmond, TX 77469** | **Member** | **50** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | ***The investigation concerning pre-petition payments, distributions, withdrawals, or other transfer to insiders is ongoing. The debtor, along with the 5 other affiliated debtors, will continue to review pre-petition transactions and update this this response when information is fully developed.** | **Within the one year preceding 9/29/2023** | |
| | **Various** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 26, 2023**

**/s/ Mitul Patel**                                        **Mitul Patel**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **VMV, LLC**                              Case No.    **3:23-bk-03598**

                            Debtor(s)                     Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 26, 2023**                 Signature    **/s/ Mitul Patel**

                                                      **Mitul Patel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re   **VMV, LLC**                                   Case No.   **3:23-bk-03598**

                                              Debtor(s)         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **October 26, 2023**                      **/s/ Mitul Patel**

                                              **Mitul Patel/Manager**
                                              Signer/Title

VMV, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

HENRY E. ("NED") HILDEBRAND, IV
DUNHAM HILDEBRAND, PLLC
2416 21ST AVE. S. SUITE 303
NASHVILLE, TN 37212

AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE WA 98124

AT&T
P. O. BOX 5019
CAROL STREAM IL 60197

AUSSM - COURTYARD BY MARRIOTT SAN MARCOS
625 COMMERCIAL LOOP, BUILDING 1
SAN MARCOS TX 78666

BANYAN TREE MANAGEMENT, LLC
4100 LEGENDARY DRIVE, SUITE 280
DESTIN FL 32541

BURR & FORMAN LLP
222 2ND AVENUE SOUTH, SUITE 2000
NASHVILLE TN 37201

BURR & FORMAN LLP
420 20TH STREET NORTH, SUITE 3400
BIRMINGHAM AL 35203

CARBON'S GOLDEN MALTED
PO BOX 129
CONCORDVILLE PA 19331

COMCAST BUSINESS
PO BOX 34744
SEATTLE WA 98124

COOKEVILLE PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

DESTIN PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

DIMPAL PATEL
1140 SAFETY HARBOR COVE
OLD HICKORY TN 37138

```
EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO IL 60674

FEDEX
PO BOX 660481
DALLAS TX 75266

FIRST CHOICE
8528 HIGHWAY 146
BAYTOWN TX 77523

GATEWAY SERVICES
79 INVERNESS DRIVE EAST
ENGLEWOOD CO 80112

GCCISD TAX SERVICES
PO BOX 2805
BAYTOWN TX 77522

GUEST SUPPLY
PO BOX 6771
SOMERSET NJ 08875

HD SUPPLY
PO BOX 509058
SAN DIEGO CA 92150

HILTON
4649 PAYSPHERE CIRCLE
CHICAGO IL 60674

HILTON WORLDWIDE, INC.
7930 JONES BRANCH DRIVE, SUITE 1100
MC LEAN VA 22102

HOTELGUIDES.COM INC
PO BOX 13318
CHARLESTON SC 29422

HOTELSIGNS.COM
PO BOX 5996
CHATTANOOGA TN 37406

HOUSTON FIRE & SECURITY
15112 LEE ROAD, SUITE 401
HUMBLE TX 77396

K&L GATES LLP
ONE NEWARK CENTER, 10TH FLOOR
NEWARK NJ 07102

K&L GATES LLP
501 COMMERCE STREET, SUITE 1500
NASHVILLE TN 37203
```

```
KONE, INC.
4225 NAPERVILLE ROAD, SUITE 400
LISLE IL 60532

LEBANON PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

MITUL PATEL
1140 SAFETY HARBOR COVE
OLD HICKORY TN 37138

MR. PLUMBER QUALITY SOLUTIONS
PO BOX 415
BAYTOWN TX 77522

MURFREESBORO PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

ORKIN
PO BOX 310
COOKEVILLE TN 38503

PETTY CASH VENDOR
7211 GARTH ROAD
BAYTOWN TX 77521

PLATINUM GATEWAY II, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

PLATINUM MANAGEMENT SERVICES
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

QUORE
PO BOX 6843
CAROL STREAM IL 60197

REPUBLIC SERVICES
PO BOX 78829
PHOENIX AZ 85062

RETC, LP
5151 BELT LINE ROAD, SUITE 725
DALLAS TX 75254

ROYAL CUP COFFEE
PO BOX 841000
DALLAS TX 75284

STERICYCLE
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015
```

SUMMITBRIDGE NATIONAL INVESTMENTS VIII
1700 LINCOLN STREET, SUITE 2150
DENVER CO 80203

SYSCO
300 DAVIDSON AVENUE
SOMERSET NJ 08873

TAXCORE LENDING
PO BOS 46172
HOUSTON TX 77210

TEXAS LAWN & SPRINKLER CO.
6328 ALDER
HOUSTON TX 77081

UNIGUEST
2926 KRAFT DRIVE
NASHVILLE TN 37230

VASANT PATEL
1140 SAFETY HARBOR COVE
OLD HICKORY TN 37138

VIJAY PATEL
5819 WATERWALK COURT
RICHMOND TX 77469

VISTAR
PO BOX 951080
DALLAS TX 75395